**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON PLANT LLC, | No. 3:15-cv-01966-CRB |
| Petitioner, | **ORDER TO FILE EXHIBIT** |
| v. | |
| BATZER CONSTRUCTION, INC. AND THE AMERICAN ARBITRATION ASSOCIATION, | |
| Respondents. | |

Respondent Batzer Construction, Inc. is hereby ordered to FILE the arbitration decision referenced in Respondent's Notice of Removal (dkt. 1), Exhibit A-2 ("Anderson Plant LLC's Petition to Vacate Arbitration Award") at page 1, line 3.  Anderson Plant LLC stated in that Petition that "the arbitration decision [is] attached hereto as Exhibit A," but the Exhibit does not appear as part of Respondent's filing in this Court.  Respondent should electronically file the aforementioned arbitration decision as a supplemental exhibit by close of business today, July 8, 2015.

**IT IS SO ORDERED.**

Dated: July 8, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE